*U.S. Department of Justice*

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*
*Oakland, California  94612-5217*
*PHONE: (510) 637-3709*
*FAX:(510) 637-3724*

January 30, 2015

<u>VIA E-FILE</u>

Ivy Garcia
Court Clerk to the Honorable Donna M. Ryu
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

  **Re:** <u>**United States v. Delante Glenn**</u>**, CR 14-00634 JST**

Dear Ms. Garcia:

  I write to request that the above case be placed on U.S. Magistrate Judge Ryu's February 2, 2015, 9:30 a.m. calendar for an Initial Appearance.

  If you have any questions, please contact me at 510-637-3705.

            Sincerely,

            MELINDA HAAG
            United States Attorney


             /s/
            JOSEPH M. ALIOTO JR.
            Assistant United States Attorney