MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    joseph.alioto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DELANTE GLENN,<br><br>    Defendant. | CR 14-00634 JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING<br><br>Current hearing date: March 13, 2015<br><br>Requested hearing date: May 1, 2015 |

    On December 18, 2014, the Grand Jury returned a single-count indictment charging Defendant with violating Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm).  After Defendant's initial appearance on February 2, 2015 (doc. 3), he was ordered detained on February 5, 2015 (doc. 9).  The first status hearing was then set for March 13, 2015 at 9:30 a.m.

    All discovery has been disclosed.  The United States transmitted a formal plea offer to Defendant and set an acceptance deadline of April 2, 2015.

    Counsel for the United States has a pre-paid vacation scheduled for the week of March 8 which conflicts with the March 13 status hearing.  Therefore, with concurrence from counsel for Defendant, the

STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING
CR 14-00633 YGR

parties respectfully request the Court continue the status hearing to May 1, 2015 at 9:30 a.m. in Oakland.

Dated: March 2, 2015                                                         Respectfully submitted,

                                                                            MELINDA HAAG
                                                                            United States Attorney

 /s/ Ellen v. Leonida                                                              /s/ Joseph M. Alioto Jr.
_____        _____
ELLEN V. LEONIDA                                                       JOSEPH M. ALIOTO JR.
Counsel for Defendant                                                  Assistant United States Attorney

    IT IS HEREBY ORDERED, based on stipulation of the parties and good cause appearing, the status hearing set for March 13, 2015 is hereby continued to May 1, 2015 at 9:30 a.m. in Courtroom 2 on the Fourth Floor of the Federal Courthouse in Oakland.

Dated: March 4, 2015                                                         _____
                                                                            HON. JON S. TIGAR
                                                                            United States District Judge