STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
DELANTE GLENN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              PLAINTIFF,<br>      V.<br><br>DELANTE GLENN,<br><br>              DEFENDANT. | CR 14-634 JST<br><br>STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date of July 24, 2015 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for August 7, 2015 at 9:30 a.m.

The requested continuance is necessary because defense counsel will be out of the state at a conference and government counsel begins a trial on June 29, 2015 and anticipates the trial will continue until at least July 24, 2015. Probation is aware of this request and is available on August 7, 2015.

CR 14-634 JST
Stip. to Continuance; [Proposed] Order

1

| | |
|---|---|
| DATED: June 19, 2015 | /S/ |
| | ELLEN V. LEONIDA |
| | Assistant Federal Public Defender |
| | Counsel for Defendant DELANTE GLENN |
| | |
| DATED: June 19, 2015 | /S/ |
| | JOSEPH ALIOTO |
| | Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 7, 2015 at 9:30 a.m., before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: June 22, 2015

_____
HON.
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar

CR 14-634 JST
Stip. to Continuance; [Proposed] Order

2